FILED
OCT 08 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| Plaintiff, | ) **3:24 CR 376** |
| | ) **JUDGE KNEPP** |
| v. | ) CASE NO. ___ MAGISTRATE JUDGE CLAY |
| | ) Title 18, United States Code, |
| MARQUIS HARRIS, | ) Section 932(b)(1) |
| Defendant. | ) |

COUNT 1
(Straw Purchasing of Firearms, 18 U.S.C. § 932(b)(1))

The Grand Jury charges:

1. On or about June 17, 2024, in the Northern District of Ohio, Western Division, the defendant, MARQUIS HARRIS, did knowingly purchase a firearm, to wit: a Glock, Model 19, 9mm pistol, bearing serial number BSCB842, in or otherwise affecting interstate commerce for, on behalf of, or at the request or demand of "K.V.", knowing or having reasonable cause to believe that "K.V." had previously been convicted in any court of, a crime punishable by imprisonment for a term exceeding one year, or did conspire to do so, in violation of Title 18, United States Code, Section 932(b)(1).

COUNT 2
(False Statement During Purchase of Firearms, 18 U.S.C. § 922(a)(6))

The Grand Jury charges:

2. On or about June 17, 2024, in the Northern District of Ohio, Western Division, Defendant ZION MITCHELL, in connection with the acquisition of a firearm, to wit: a Glock, Model 19, 9mm pistol, bearing serial number BSCB842, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false or

fictitious oral or written statement, which statement was intended and likely to deceive the licensed dealer of firearms as to a fact material to the lawfulness of such sale of the said firearms to Defendant under Chapter 44 of Title 18 in that Defendant represented he was the actual transferee or buyer of the firearm, in violation of Title 18, United States Code, Section 922(a)(6).

                                                                           A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.